**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 07209 |
| Delisa Clinton, ) | HON. Judge Timothy A Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

See Attached List via U.S. Mail.

PLEASE TAKE NOTICE that on July 14, 2022 at 9:30 a.m., I shall appear before the Honorable Judge Timothy A Barnes, or any judge sitting in this Judge's stead, and present the attached Motion to Extend Automatic Stay.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that she served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 1, 2022.

Respectfully Submitted,

___/s/ Megan Swenson___
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 248-7660
mswenson@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-07209<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun 28 13:31:47 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bridgecrest<br>P.O. Box 53087<br>Phoenix, AZ 85072-3087 |
| Capital One Auto Finance<br>PO Box 4360<br>Houston, TX 77210-4360 | City Of Chicago Department Of Finance<br>333 South State Street Suite 330<br>Chicago, IL 60604-3965 | Comed<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 |
| Credit Coll<br>16 Distributor Drive, Suite 1<br>Morgantown, WV 26501-7209 | Dept Of Ed/Navient<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | Easy Accept<br>3632 NORTH CICERO STE A<br>CHICAGO, IL 60641-3641 |
| Enterprise<br>4700 Southwest Highway<br>Oak Lawn, IL 60453-1824 | First Premier Bank<br>PO Box 7999<br>c/o Stephen Dirksen<br>Saint Cloud, MN 56302-7999 | Hertz Rent A Car<br>35 E. Plainfield Rd<br>La Grange, IL 60525-3085 |
| Irs 1<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Delisa Clinton<br>320 W. Illinois St., Apt. 1600<br>Chicago, IL 60654-7832 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mitchell Shanks<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Peoples Gas<br>200 E. Randolph<br>Chicago, IL 60601 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 07209 |
| Delisa Clinton, ) | HON. Timothy A Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO EXTEND AUTOMATIC STAY

NOW COMES Delisa Clinton, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on June 28, 2022.

2. That this case has not yet been confirmed by this Honorable Court.

3. That the Debtor filed a prior Chapter 13 case, with case number 21 B 12087, which was filed on October 22, 2021 and was later dismissed on April 25, 2022. Please see attached Exhibit A for Debtor's Affidavit. Please see Exhibit B for prior I & J schedules. Please see Exhibit C for Debtor's current I & J schedules.

4. Debtor's prior case was dismissed for failure to make plan payments.

5. In the prior case, Debtor's aunt and grandmother passed away in December of 2021 due to COVID-19.

6. In the prior case, due to Debtor's aunt and grandmother passing away, Debtor incurred unexpected funeral expenses. Due to the unexpected

expenses, Debtor was unable to maintain her regular household expenses and plan payments, and a deficiency accrued.

7. As a result, Debtor's case was dismissed.

8. In the current case, Debtor is current on her household expenses.

9. In the current case, Debtor is working full-time doing Lyft and receiving Link.

10. In the current case, Debtor is in a position to proceed and has filed this case in good faith.

11. That, equitably, the stay should be extended.

WHEREFORE, Debtor, Delisa Clinton, prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order extending the automatic stay, for the reasons set forth in this Motion; and

B. For such other and further relief this court deems just and proper.

Respectfully Submitted,

___/s/ Megan Swenson_
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 248-7660